UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-24923-PCH

**CARLOS GIOVANNI HURTADO,**

    Plaintiff,

v.

**CLEAR VISION FINANCIAL, LLC**
**D/B/A LIBERTY1 FINANCIAL,**

    Defendant.
_____/

**CLOSED CIVIL CASE**

### ORDER OF DISMISSAL WITH PREJUDICE AND CLOSING CASE

**THIS MATTER** is before the Court upon Plaintiff's, Carlos Giovanni Hurtado, Notice of Voluntary Dismissal With Prejudice **[ECF No. 4]**, filed on March 5, 2025. Plaintiff advises the Court that, pursuant to Federal Rule of Civil Procedure, 41(a)(1)(A)(i), Plaintiff wishes to voluntarily dismiss this action against Defendant Clear Vision Financial, LLC with prejudice. Accordingly, having reviewed the record and being otherwise duly advised, it is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED without prejudice**. All pending motions are **DENIED AS MOOT**, and the case is **CLOSED**.

**DONE AND ORDERED** in Miami, Florida, on March 6, 2025.

_____
Paul C. Huck
United States District Judge

CC: All Counsel of Record